**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

DATCARD SYSTEMS, INC., a California Corporation

                              Plaintiff,

v.

PACSGEAR, INC., a California Corporation

                              Defendant.

CIVIL NO: _____

**NOTICE OF MOTION AND MOTION BY SORNA CORPORATION TO QUASH A THIRD PARTY SUBPOENA AND FOR A PROTECTIVE ORDER**

U.S. District Court for the Central District of California. Case No: SACV 10-1288 DOC (VBKx)

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE Pursuant to Fed. R. Civ. P. 26(c) and 45(c), non-party Sorna Corporation and its affiliates ("Sorna") respectfully seeks: (1) an order quashing the subpoena *duces tecum* (collectively, the "Subpoena") served on Sorna by PacsGear, Inc. ("PacsGear") and (2) a protective order from this Court prohibiting PacsGear or DatCard Systems, Inc, from requiring production of documents from Sorna in the related matter.

This Motion is based upon this Notice, the accompanying Memorandum of Points and Authorities, all pleadings and papers filed in this action, and upon such other matters as may be presented to the Court at the time of hearing.

1

Dated:  March 14th, 2011                **F.S. FARRELL, LLC**

By: /s/Frank S. Farrell
  **F.S. FARRELL, LLC**
  Frank S. Farrell (MN #28447)
  Alexander J. Farrell
  7101 York Avenue South, Suite 153
  Edina, MN  55435
  Telephone: (952) 921-3260
  Facsimile:  (952) 216-0106
  frank@fsfarrell.com
  Attorneys for non-party Sorna Corporation, Inc.

**CERTIFICATE OF SERVICE AND**

I hereby certify that on March 14, 2011 a copy of the foregoing document, supporting memorandum, word count certificate, proposed order, and affidavit of Cyrus Samari were filed electronically. I served a copy of the same by email and US Mail on:

>Bill Holbrow
>12400 Wilshire Blvd.
>Seventh Floor
>Los Angeles, CA  90025-1030
>Phone: 310-207-3800
>Fax: 310-820-5988
>Bill_Holbrow@bstz.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and executed on March 14, 2011, in the City of Edina, State of Minnesota.

>*/s/ Frank S. Farrell*
>
>Frank S. Farrell